FILED

06/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0701

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0701

_____

IN RE PARENTING OF:  T.P.D.C.,

    A Minor Child.

TAMI DISNEY,

    Petitioner and Appellant,                O R D E R

    v.

BRANDON STAAT,

    Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Robert L. Deschamps, III, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2020